UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAPST LICENSING GmbH & Co. KP ) | | |
|               Plaintiff ) | | Civil Action No. 08 CV 3606 |
| ) | | |
| ) | | Judge James B. Moran |
| ) | | |
| KONICA-MINOLTA HOLDINGS, INC., ) | | Magistrate Judge Morton Denlow |
| KONICA-MINOLTA BUSINESS ) | | |
| SOLUTIONS USA, INC. ) | | |
|               Defendants ) | | |

**KONICA-MINOLTA BUSINESS SOLUTIONS U.S.A, INC.
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Defendant, Konica-Minolta Business Solutions, U.S.A., Inc., by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

Konica-Minolta Business Solutions, U.S.A, Inc. is indirectly owned by Konica-Minolta Holdings, Inc., a publicly held corporation.  No other publicly held corporation owns more than 10% of the stock of Konica-Minolta Business Solutions, U.S.A., Inc.

*Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois:*

Konica-Minolta Holdings, Inc. is a publicly held affiliate of Konica-Minolta Business Solutions, U.S.A, Inc. as that term is defined in Local Rule 3.2.

1

                    Respectfully submitted,

Dated: July 17, 2008             By: /s/ Steven J. Routh_____
                                               Steven J. Routh
                                               ORRICK, HERRINGTON & SUTCLIFFE LLP
                                               Columbia Center
                                               1152 15th Street N.W.
                                               Washington, D.C. 20005
                                               (202) 339-8400

                                             *Counsel for Defendant Konica-Minolta Business Solutions U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I, Steven J. Routh, an attorney, hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to:

WELSH & KATZ, LTD.

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

*Attorneys for PAPST LICENSING GmbH & Co. KG*

    /s/ Steven J. Routh
Steven J. Routh
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400