UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAPST LICENSING GmbH & Co. KP ) <br>                Plaintiff  ) <br> ) <br> ) <br> ) <br> KONICA-MINOLTA HOLDINGS, INC., ) <br> KONICA-MINOLTA BUSINESS ) <br> SOLUTIONS USA, INC. ) <br>                Defendants  ) | Civil Action No. 08 CV 3606 <br><br> Judge James B. Moran <br><br> Magistrate Judge Morton Denlow | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION OF DEFENDANT
KONICA-MINOLTA BUSINESS SOLUTIONS U.S.A., INC. TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)**

On July 17, 2008, Defendant Konica-Minolta Business Solutions, U.S.A, Inc., filed a consent motion to extend the time to answer or otherwise respond to the Complaint in this matter until August 8, 2008. Good cause having been shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: _July 18, 2008_                          _James B. Moran_
                                                                       Hon. James B. Moran

1

## CERTIFICATE OF SERVICE

I, Steven J. Routh, an attorney, hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to:

WELSH & KATZ, LTD.

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

*Attorneys for PAPST LICENSING GmbH & Co. KG*

                                          /s/ Steven J. Routh
                                          Steven J. Routh
                                          Orrick, Herrington & Sutcliffe LLP
                                          Columbia Center
                                          1152 15th Street, N.W.
                                          Washington, DC 20005-1706
                                          (202) 339-8400